**ARNOLD J. LEVINE**
ATTORNEY-AT-LAW

120-46 QUEENS BOULEVARD
KEW GARDENS, N.Y. 11415
Telephone: (917) 951-9626
Facsimile: (866) 611-5708
E-mail: NYCcrimlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 8 2020

January 26, 2020

VIA ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

JAN 2 8 2020

**SO ORDERED**

The January 30, 2020
sentencing is adjourned to
March 19, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: U.S. v. Gocha Paposhvili, 18 Cr. 509 (GBD)

Judge Daniels:

I am attorney of record for the Gocha Paposhvili, the defendant in the above-referenced matter. Mr. Paposhvili is scheduled to be sentenced before Your Honor on Thursday, January 30, 2020. I was recently engaged in a state murder trial in the case of People v. Rysheim Smith fro two months, ending in mid January. Thus, I have not had time to meet with my client and complete my sentencing submission. I respectfully request that Mr. Paposhvili's sentencing be adjourned to a date in late February 2020. Counsel for the Government, AUSA Matthew Hellman, has advised me that the Government has no objection to this request.

Respectfully,

/s/ Arnold J. Levine
Arnold J. Levine
*Attorney for Gocha Paposhvilli*