So ordered. The March 12, 2020 sentencing is adjourned to April 23, 2020 at 10:00 AM.

**ARNOLD J. LEVINE**
ATTORNEY-AT-LAW

111 LIVINGSTON STREET, 11TH FLOOR
BROOKLYN, N.Y. 11201
Telephone: (917) 951-9626
E-mail: NYCcrimlaw@aol.com

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: March 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 11 2020

VIA ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: U.S. v. Gocha Paposhvili, 18 Cr. 509 (GBD)

Judge Daniels:

I am attorney of record for the Gocha Paposhvili, the defendant in the above-referenced matter. Mr. Paposhvili is scheduled to be sentenced before Your Honor on Thursday, March 12, 2020. I need more time to gather information necessary for my sentencing submission. I respectfully request, therefore, that Mr. Paposhvili's sentencing be adjourned to a date in early April (excluding April 2-3) 2020. Counsel for the Government, AUSA Matthew Hellman, has advised me that the Government has no objection to this request.

Respectfully,

/s/ Arnold J. Levine
Arnold J. Levine
*Attorney for Gocha Paposhvili*