UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

GOCHA PAPOSHVILI,

                     Defendant.

------------------------------------x

ORDER

18 Crim. 509-18 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The April 23, 2020 sentencing is adjourned to July 9, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE