**ARNOLD J. LEVINE**
ATTORNEY-AT-LAW

111 LIVINGSTON STREET, 11TH FLOOR
BROOKLYN, N.Y.  11201
Telephone:  (917) 951-9626
E-mail: NYCcrimlaw@aol.com



March 31, 2020

VIA ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: _APR 0 7 2020_

Re: U.S. v. Gocha Paposhvili, 18 Cr. 509 (GBD)

Judge Daniels:

I am attorney of record for Gocha Paposhvili, the defendant in the above-referenced matter.  I am writing to request an Order from Your Honor releasing Mr. Paposhvili on consent of the Government with the following conditions:

- $50,000 personal recognizance bond signed by two financially responsible persons;
- Travel limited to EDNY/SDNY;
- Pretrial Services supervision as directed; and
- All other standard conditions of release.

I have communicated with A.U.S.A. Dan Nessim, who advised me that the Government consents to Mr. Paposhvili's release with the above conditions.

Respectfully,

/s/ Arnold J. Levine
Arnold J. Levine
*Attorney for Gocha Paposhvilli*