UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

     -against-

GOCHA PAPOSHVILI,

                   Defendant.

------------------------------------- x

ORDER

18 Crim. 509-18 (GBD)

GEORGE B. DANIELS, District Judge:

    The July 9, 2020 sentencing is adjourned to August 27, 2020 at 10:00 a.m.

Dated: June 30, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE