

# ARNOLD J. LEVINE
ATTORNEY-AT-LAW

111 LIVINGSTON STREET
BROOKLYN, N.Y. 11201
Telephone: (917) 951-9626
E-mail: NYCcrimlaw@aol.com

August 22, 2020

AUG 2 4 2020

VIA ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

SO ORDERED

The August 27, 2020 sentencing is adjourned to October 29, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: U.S. v. Gocha Paposhvili, 18 Cr. 509 (GBD)

Judge Daniels:

I am attorney of record for the Gocha Paposhvili, the defendant in the above-referenced matter. Mr. Paposhvili is scheduled to be sentenced before Your Honor on Thursday, August 27, 2020. I respectfully request that Mr. Paposhvili's sentencing be adjourned to a date in late October or early November 2020 (but not November 2). Counsel for the Government, AUSA Matthew Hellman, has advised me that the Government has no objection to this request.

Respectfully,

/s/ Arnold J. Levine
Arnold J. Levine
*Attorney for Gocha Paposhvilli*