**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

      -against-

GOCHA PAPOSHVILI,

                        Defendant.

------------------------------------ x

ORDER

18 Crim. 509-18 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 29, 2020 conference is adjourned to December 3, 2020 at 10:00 a.m.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge