**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

                            Plaintiff,

      -against-

GOCHA PAPOSHVILI,

                           Defendant.

------------------------------------- x

ORDER

18 Crim. 509-18 (GBD)

GEORGE B. DANIELS, United States District Judge:

The December 3, 2020 conference is adjourned to January 7, 2021 at 10:00 a.m.

Dated: New York, New York
       November 9, 2020

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge